FRANK H. HUGHES, PLAINTIFF-PETITIONER, v. THE COUNTY OF BURLINGTON, DEFENDANT-RESPONDENT.

See same case below: 99 *N. J. Super.* 405.

*Messrs. Powell & Davis* for the petitioner.

*Messrs. Orlando & Cummins* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. PAUL GORDON CARY, DEFENDANT-RESPONDENT.

See same case below: 99 *N. J. Super.* 323.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the petitioner.

*Mr. Oscar Laurie* and *Mr. Howard Schwartz* for the respondent.

May 14, 1968. Granted.

JESSE MOSKOWITZ, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN J. GROGAN, *IND.* AND AS CLERK OF THE COUNTY OF HUDSON, DEFENDANT-RESPONDENT.

*Mr. Jesse Moskowitz* and *Mr. Libero D. Marotta* for the petitioners.

*Mr. William F. Kelly, Jr.* and *Mr. Daniel F. Gilmore* for the respondents.

May 21, 1968. Denied.